No. 137.  LEE *v.* ST. JOE PAPER CO.  C. A. 2d Cir. Certiorari denied.  *Reginald Leo Duff* for petitioner. *David W. Peck* and *Irving Rozen* for respondent.

No. 142.  PACIFIC SPORTFISHING, INC., ET AL. *v.* BERRY. C. A. 9th Cir.  Certiorari denied.  *Carl J. Schuck* for petitioners.  *Ben Margolis* and *William B. Murrish* for respondent.

No. 146.  RING *v.* STRELECKI, DIRECTOR OF MOTOR VEHICLES, ET AL.  Super. Ct. N. J.  Certiorari denied. *Carl E. Ring* for petitioner.  *Arthur J. Sills*, Attorney General of New Jersey, *Alan B. Handler*, First Assistant Attorney General, and *Alan D. Kirby* and *Richard Newman*, Deputy Attorneys General, for respondents.

No. 150.  FISHER *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.  *Fletcher Jackson* for petitioner.  *Joe Purcell*, Attorney General of Arkansas, and *R . D. Smith III*, Assistant Attorney General, for respondent.

No. 152.  LaHITTE ET VIR *v.* ACME REFRIGERATION SUPPLIES, INC., ET AL.  Sup. Ct. La.  Certiorari denied.

No. 153.  KIMBRELL *v.* PERRY ET AL.  Sup. Ct. Tenn. Certiorari denied.  *W. A. Harwell* for respondents.

No. 162.  TIDEWATER PATENT DEVELOPMENT CO., INC. *v.* KITCHEN ET AL., TRADING AS K. M. KITCHEN BEAUTY SUPPLY CO.  C. A. 4th Cir.  Certiorari denied.  *George B. Finnegan, Jr.*, and *William D. Denson* for petitioner. *Samuel J. Stoll* for respondents.